# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| PAMELA HUNTER, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 3:23-CV-0038-B |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Court was presented with the Joint Motion to Dismiss with Prejudice. The Court, after being informed by Plaintiff Pamela Hunter and Defendant Allstate Vehicle and Property Insurance Company that the parties have reached an amicable settlement, finds the stipulation should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED,** that the above-styled and numbered cause and any and all causes of action or claims for relief asserted herein are hereby **DISMISSED WITH PREJUDICE** and that each party shall bear their own costs of the Court.

SO ORDERED.

SIGNED: May 17, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

SOLO PAGE